BERNARD A. SCHWEID et al., Respondents, *v.* CARL W.
STORANDT, Appellant.

*Schweid* v. *Storandt,* 157 App. Div. 855, affirmed.
(Argued January 19, 1916; decided February 4, 1916.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered July 22, 1913, affirming a judgment in favor of
plaintiffs entered upon a verdict in an action to recover
commissions alleged to have been earned by plaintiffs as
real estate brokers in procuring a purchaser for real
property owned by the defendant.

*Frederick A. Mann* for appellant.

*George A. Carnahan* for respondents.

   Judgment affirmed, with costs; no opinion.
   Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.